Douglas L. Monson, Esq.
Nevada Bar No. 7829
GOOLD PATTERSON ALES & DAY
4496 South Pecos Road
Las Vegas, NV 89121
Ph: (702) 436-2600; Fax: (702) 436-2650
dmonson@gooldpatterson.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INCORP SERVICES, INC., a Nevada corporation,<br><br>            Plaintiff<br><br>v.<br><br>THE BETTER BUSINESS BUREAU OF SOUTHERN NEVADA, INC., a Nevada Non-Profit Corporation, COUNCIL OF BETTER BUSINESS BUREAUS, INC., a Delaware Non-Profit Corporation, SYLVIA CAMPBELL, an individual, and DOES 1-10, inclusive,<br><br>            Defendants | Case No. 2:10-cv-656-PMP-LRL |

### SUMMONS IN A CIVIL ACTION

TO:     COUNCIL OF BETTER BUSINESS BUREAUS, INC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Douglas L. Monson, Esq.
> Goold Patterson Ales & Day
> 4496 South Pecos Road
> Las Vegas, NV 89121

GOOLD PATTERSON
ALES & DAY
ATTORNEYS AT LAW
4496 SOUTH PECOS ROAD
LAS VEGAS,
NEVADA 89121
(702) 436-2600

1        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

2

3                                  CLERK OF THE COURT

4

5  Date: _____            _____

6                                     (Signature of Clerk or Deputy Clerk)

7

8

9

10

11  Issued at the request of:

12  GOOLD PATTERSON ALES & DAY

13

14  By: _____

15      Douglas L. Monson, Esq.
    Nevada Bar No. 7829

16      4496 South Pecos Road
    Las Vegas, NV  89121

17      Ph: (702) 436-2600; Fax: (702) 436-2650
    dmonson@gooldpatterson.com

18      *Attorneys for Plaintiff*

19

20

21

22

23

24

25

26

27

28

GOOLD PATTERSON
ALES & DAY
ATTORNEYS AT LAW
4496 SOUTH PECOS ROAD
LAS VEGAS,
NEVADA 89121

Civil Action No. 2:01-cv-656-PMP-LRL

# PROOF OF SERVICE

**(This section should not be filed with the court unless required by Fed.R.Civ.P. 4(l))**

This summons for *(name of individual and title, if any)* _____
_____ was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and Discretion who resides there, on *(date)* _____, and mailed a copy to the Individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is Designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____             _____
                                       *(Server's signature)*

                                       _____
                                       *(Printed name and title)*

                                       _____
                                       *(Server's address)*

Additional information regarding attempted service, etc:

GOOLD PATTERSON
ALES & DAY
ATTORNEYS AT LAW
4496 SOUTH PECOS ROAD
LAS VEGAS,
NEVADA 89121