Douglas L. Monson, Esq.
Nevada Bar No. 7829
GOOLD PATTERSON ALES & DAY
4496 South Pecos Road
Las Vegas, NV 89121
Ph: (702) 436-2600; Fax: (702) 436-2650
dmonson@gooldpatterson.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INCORP SERVICES, INC., a Nevada corporation,<br><br>Plaintiff<br><br>v.<br><br>THE BETTER BUSINESS BUREAU OF SOUTHERN NEVADA, INC., a Nevada Non-Profit Corporation, COUNCIL OF BETTER BUSINESS BUREAUS, INC., a Delaware Non-Profit Corporation, SYLVIA CAMPBELL, an individual, and DOES 1-10, inclusive,<br><br>Defendants | Case No. 2:10-cv-656-PMP-LRL |

**SUMMONS IN A CIVIL ACTION**

TO:   THE BETTER BUSINESS BUREAU OF SOUTHERN NEVADA, INC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Douglas L. Monson, Esq.
      Goold Patterson Ales & Day
      4496 South Pecos Road
      Las Vegas, NV 89121

GOOLD PATTERSON
ALES & DAY
ATTORNEYS AT LAW
4496 SOUTH PECOS ROAD
LAS VEGAS,
NEVADA 89121
(702) 436-2600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT

Date: _____                    _____
                                                  (Signature of Clerk or Deputy Clerk)

Issued at the request of:

GOOLD PATTERSON ALES & DAY

By: _____
    Douglas L. Monson, Esq.
    Nevada Bar No. 7829
    4496 South Pecos Road
    Las Vegas, NV  89121
    Ph: (702) 436-2600; Fax: (702) 436-2650
    dmonson@gooldpatterson.com
    *Attorneys for Plaintiff*

GOOLD PATTERSON
ALES & DAY
ATTORNEYS AT LAW
4496 SOUTH PECOS ROAD
LAS VEGAS,
NEVADA 89121

2

Civil Action No. 2:01-cv-656-PMP-LRL

# PROOF OF SERVICE

**(This section should not be filed with the court unless required by Fed.R.Civ.P. 4(l))**

This summons for *(name of individual and title, if any)* _____
_____ was received by me on *(date)* _____.

☐   I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and Discretion who resides there, on *(date)* _____, and mailed a copy to the Individual's last known address; or

☐   I served the summons on *(name of individual)* _____, who is Designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐   I returned the summons unexecuted because _____; or

☐   Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*(Server's signature)*

_____
*(Printed name and title)*

_____
*(Server's address)*

Additional information regarding attempted service, etc:

GOOLD PATTERSON
ALES & DAY
ATTORNEYS AT LAW
4496 SOUTH PECOS ROAD
LAS VEGAS,
NEVADA 89121