**ORIGINAL**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Incorp Services Inc | ) |
| *Plaintiff* | ) ) |
| v. | ) Civil Action No. 2:10-CV-0656 PMP-LRL |
| Better Business Bureau of Southern Nevada Inc et al | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: Council of Better Business Bureaus Inc

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Douglas L. Monson
> Goold Patterson Ales & Day
> 4496 S. Pecos Rd.
> Las Vegas, NV 89121-

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON
CLERK

*Lance S. Wilson*
(By) DEPUTY CLERK

May 7, 2010 Las Vegas NV
DATE

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:10-CV-0656 PMP-LRL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Council of Better Business Bureaus, Inc.
was received by me on *(date)* 5/11/10.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Scott LaScala, Managing Agent, who is designated by law to accept service of process on behalf of *(name of organization)* Council of Better Business Bureaus, Inc. @ Corporation Trust Co, 1209 Orange St, Wilmington DE 19801 on *(date)* 5/11/10 2:55pm; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 5/12/10

Server's signature

Daniel Newcomb, Process Server
Printed name and title

c/o Bullet Legal Services
1930 Village Center Circle, #3-965
Server's address

Additional information regarding attempted service, etc: