1 | NELSON L. COHEN, ESQ.
Nevada State Bar No. 7657
2 | LUCIAN J. GRECO JR, ESQ.
Nevada State Bar No. 10600
3 | BREMER WHYTE BROWN & O'MEARA LLP
7670 WEST LAKE MEAD BOULEVARD
4 | SUITE 225
LAS VEGAS, NV 89128
5 | TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
6 | ncohen@bremerandwhyte.com
lgreco@bremerandwhyte.com
7
Attorneys for Defendants,
8 | The Better Business Bureau of Southern Nevada, Inc.,
Council of Better Business Bureaus, Inc., and Sylvia Campbell
9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INCORP SERVICES, INC., a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE BETTER BUSINESS BUREAU OF SOUTHERN NEVADA, INC., a Nevada Non-Profit Corporation, COUNCIL OF BETTER BUSINESS BUREAUS, INC., a Delaware Non-Profit Corporation, SYLVIA CAMPBELL, an individual, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:10-CV-656-PMP-LRL<br><br>**CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |

///
///
///
///
///
///
///
///

BREMER WHYTE BROWN &
O'MEARA LLP
7670 West Lake Mead Blvd
Suite 225
Las Vegas, NV 89128
(702) 258-6665

H:\1114\507\CF\cert of interested parties.doc

1  The undersigned counsel for Defendants The Better Business Bureau of Southern Nevada, Inc.,
2  Inc. certifies that the following individuals and entities have an interest in the outcome of this case:
3      1.    Plaintiff INCORP Services, Inc.
4      2    Defendant The Better Business Bureau of Southern Nevada, Inc.
5      3.    Defendant Council of Better Business Bureaus, Inc.
6      4.    Defendant Sylvia Campbell
7      5.    The foregoing representations are made on the basis of Defendants.'s The Better
8  Business Bureau of Southern Nevada, Inc., Council of Better Business Bureaus, Inc., and Sylvia
9  Campbell's knowledge and belief, are made in compliance with Local Rule 7j.1-1, and made to
10 enable judges of the Court to evaluate potential recusal issues.

11 Dated: June 18, 2010        BREMER, WHYTE, BROWN & O'MEARA, LLP

                                              Peter C. Brown, Esq.
                                              Nevada Bar No. 5887
                                              Nelson L. Cohen, Esq.
                                              Nevada Bar No. 7657
                                              Lucian J. Greco, Jr., Esq.
                                              Nevada Bar No. 10600
                                              Attorneys for Defendants
                                              THE BETTER BUSINESS BUREAU OF
                                              SOUTHERN NEVADA, INC., COUNCIL OF
                                              BETTER BUSINESS BUREAUS, INC., and
                                              SYLVIA CAMPBELL

BREMER WHYTE BROWN &
O'MEARA LLP
7670 West Lake Mead Blvd
Suite 225
Las Vegas, NV 89128
(702) 258-6665

2

H:\1114\507\CF\cert of interested parties.doc