UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

INCORP SERVICES, INC., a Nevada            )          2:10-CV-00656-PMP-LRL
corporation,                                              )
                                                              )
                                                              )          ORDER
            Plaintiff,                                   )
                                                              )
vs.                                                         )
                                                              )
THE BETTER BUSINESS BUREAU        )
OF SOUTHERN NEVADA, INC., et al, )
                                                              )
            Defendants.                              )
                                                              )

On April 7, 2011, the Court approved a Stipulation to Stay this Action Pending Settlement (Doc. #46).  The 30 day Stay requested by the parties has expired, and there is not indication in the record whether the parties have succeeded in settling this case.

**IT IS THEREFORE ORDERED that** the parties this action shall not later than **May 23, 2011** within which to file a Joint Statement advising the Court of the status of the resolution of this case, or alternatively, for Plaintiff to file its response to Defendant's Motion to Dismiss (Doc. #40) filed February 18, 2011.

DATED:  May 13, 2011.

_____
PHILIP M. PRO
United States District Judge