UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| INCORP SERVICES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE BETTER BUSINESS BUREAU OF SOUTHERN NEVADA, INC., et al,<br><br>Defendants. | 2:10-CV-00656-PMP-LRL<br><br><u>ORDER</u> |

In light of the Stipulation and Proposed Order Staying Case During Fulfillment of Settlement of Obligations (Doc. #48) filed May 20, 2011,

**IT IS ORDERED that** Defendants' Motion for Judgment on the Pleadings, or, in the Alternative, for Summary Judgment of Dismissal (Doc. #40) is hereby **DENIED** without prejudice.

DATED:  May 24, 2011.

_____
PHILIP M. PRO
United States District Judge